UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

CORNELIUS WARE,

       Plaintiff,

Case No. 1:23-cv-295

v.

Honorable Ray Kent

PETER E. SICES et al.,

       Defendants.

_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated: May 10, 2023

/s/ Ray Kent
Ray Kent
United States Magistrate Judge